JTW: 02.21.23
JDM/CM: USAO# 2023R0092

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-23-098 |
| | * | |
| GORDON TURNER, | * | (Felon in Possession of a Firearm and |
| | * | Ammunition, 18 U.S.C. § 922(g)(1); |
| Defendant | * | Forfeiture, 18 U.S.C. § 924(d), |
| | * | 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
**(Felon in Possession of a Firearm and Ammunition)**

The Grand Jury for the District of Maryland charges that:

On or about May 13, 2022, in the District of Maryland, the defendant,

**GORDON TURNER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition—that is (1) a Sig Sauer P220 9mm caliber handgun bearing serial number 47E059272; (2) a Bersa Piccola Thunder 9mm caliber handgun bearing serial number B13937; and (3) approximately eight rounds of loose ammunition—and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

USDC- BALTIMORE
'23 MAR 21 PM 3:04

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One of this Indictment.

### Firearm and Ammunition Forfeiture

2. Upon conviction of the offense set forth in Count One, the defendant,

**GORDON TURNER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including, but not limited to:

   a. a Sig Sauer P220 9mm caliber handgun bearing serial number 47E059272;
   b. a Bersa Piccola Thunder 9mm caliber handgun bearing serial number B13937;
   c. approximately eight rounds of loose ammunition.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron by JDM*
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson SIGNATURE REDACTED

Date: 3/21/23

3