IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

    v.                 *      Criminal Action No. RDB-23-0098

GORDON TURNER,         *

    *Defendant.*            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM ORDER

Before this Court is Petitioner Gordon Turner's pro se Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2). (ECF No. 33.) On November 30, 2023, Mr. Turner was sentenced by this Court to forty-six months' imprisonment after pleading guilty to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), with credit for time served since January 19, 2023. (ECF No. 260.) On February 4, 2026, Mr. Turner filed the pending Motion to Reduce Sentence (ECF No. 33). The Government responded in Opposition (ECF No. 36), and the Office of the Federal Public Defender for the District of Maryland declined to supplement Mr. Turner's Motion (ECF No. 37).

While that Motion was still pending, Mr. Turner was released. *See Find an Inmate*, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc/ (search by register number 58239-037). He has not been in the custody of the Bureau of Prisons since May 1, 2026. *Id.* Accordingly, the Court can no longer grant his requested relief of a reduction of sentence to time served.

"'Simply stated, a case is moot when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome.'" *Incumaa v. Ozmint*, 507 F.3d 281, 286 (4th Cir. 2007) (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)). The United States

Court of Appeals for the Fourth Circuit has determined that requests for compassionate release under 18 U.S.C. § 3582 are rendered moot when an inmate is released. *See United States v. Banks-Davis*, No. 21-6550, 2021 WL 4936206, at *1 (4th Cir. Oct. 22, 2021) (citing *United States v. Chestnut*, 989 F.3d 222, 224–25 (2d Cir. 2021)); *see also United States v. Jackson*, No. 22-7140, 2023 WL 4758733, at *1 (4th Cir. July 26, 2023) ("Because Jackson has already served his term of imprisonment, there is no longer a live controversy regarding the orders denying his motions for compassionate release and for reconsideration."). "When a case is moot, 'the court's subject matter jurisdiction ceases to exist.'" *Wicomico Nursing Home v. Padilla*, 910 F.3d 739, 749 (4th Cir. 2018) (quoting *S.C. Coastal Conservation League v. U.S. Army Corps of Eng'rs*, 789 F.3d 475, 482 (4th Cir. 2015)).

As Mr. Turner has served his sentence, his Motion (ECF No. 33) is moot and the Court now lacks subject matter jurisdiction over this matter. Thus, his pro se Motion to Reduce Sentence is DENIED AS MOOT. It is SO ORDERED this 1st day of June 2026.

_____/s/_____

Richard D. Bennett
United States Senior District Judge
